789 A.2d 653

IN THE MATTER OF EUGENE M. LAVERGNE,
AN ATTORNEY AT LAW.

February 11, 2002.

# O R D E R

This matter having been duly presented to the Court, and good cause appearing, it is ORDERED that **EUGENE M. LaVERGNE** of **ASBURY PARK**, who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of six months effective July 16, 2001, by Order of this Court filed June 22, 2001, be restored to the practice of law, effective immediately.